506 A.2d 861

Dwight BAKER, Petitioner,

v.

COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.

Supreme Court of Pennsylvania.

Feb. 21, 1986.

## ORDER

PER CURIAM.

AND NOW, this 21st day of FEBRUARY, 1986, the petition for allowance of appeal is granted, the orders of the Board of Probation and Parole and the Commonwealth Court are vacated and the case is remanded to the Board for proceedings consistent with this Court's opinion in *Rivenbark v. Pennsylvania Board of Probation and Parole,* 509 Pa. 248, 501 A.2d 1110 (1985).